UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Shawn Lockleel
207 Walnut Lane
Mullica Hill, NJ 08062

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Chipotle Mexican Grill
500 Neil Avenue
Columbus, OH 43215

**COMPLAINT**

Jury Trial: [ ] Yes [ ] No
(check one)

**RECEIVED**

NOV 21 2025

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name              Shawn Lockleel
           Street Address    207 Walnut Lane
           County, City      Mullica Hill, NJ 08062 (Gloucester)
           State & Zip Code
           Telephone Number  856-879-8204

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Chipotle Mexican Grill_
Street Address _500 Neil Avenue_
County, City _Columbus, OH_
State & Zip Code _43215_

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [ ] Federal Questions         [ ] Diversity of Citizenship
    [ ] U.S. Government Plaintiff [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __NJ__

Defendant(s) state(s) of citizenship ____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Chipotle Mexican Grill 2 N. Black Horse Pike, Bellmac, NJ 08031__

B. What date and approximate time did the events giving rise to your claim(s) occur? __May 13 - May 19, 2024__

C. Facts: Plaintiff was experiencing hostile work envirnment due to verbal racial slurs, Disability discrimination because of lack of accomidations and being dismissive of my disabrlite/ concerns. I was retaliated against when I brought up my concerns about how I feel and how I was treated. I asked for a transfer to another store because I felt uncomfortable working for the store manager Cheyenne who repeatedly said the "N" word. She fired me via text message and didnt bother to help me transfer to a different store. See exhibits attached as evidence.

Defendant also lied to NJ unemployment office and said I volentarily quit causing me to be denied unemployment Benifits, I submitted proof that I had to appeal and have an investigation done.

- 3 -

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. These actions against me caused emotional distress, financial losses and damage/humiliation to my mental health. My symptoms of PTSD, Depression, and anxiety has worsened since this happened

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Back pay + Lost wages - $50,000

Emotional distress Damages - $500,000.00

Punitive Damages - $500,000.00

Any other addition relief the Court deems just and proper

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of November, 2025

Signature of Plaintiff _____

Mailing Address 207 Walnut Lane
Mullica Hill, NJ
08062

Telephone Number 856-879-8204 / 856-524-5098

Fax Number *(if you have one)* _____

E-mail Address lockley.cindy@yahoo.com
Shawn.Lockley@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____